M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220265)
dalberti@feinday.com
SAL LIM (SBN 211836)
slim@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI LIM & BELLOLI LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel:  650.618.4360
Fax: 650.618.4368

Attorneys for Plaintiff
Monument Peak Ventures, LLC

BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
YUE LI (CA SBN 287280)
YLi@mofo.com
JACKIE CHENG (CA SBN 307372)
jcheng@mofo.com
**MORRISON & FOERSTER LLP**
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

HECTOR G. GALLEGOS
(CA SBN 175137)
HGallegos@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
HASSELBLAD INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONUMENT PEAK VENTURES, LLC<br><br>  Plaintiff,<br><br>  v.<br><br>VICTOR HASSELBLAD AB, HASSELBLAD A/S, and HASSELBLAD INC.,<br><br>  Defendants. | CASE NO. 2:18-CV-2214-RGK-AGR<br><br>**STIPULATION RE: TRANSFER OF DEFENDANT HASSELBLAD INC. TO THE DISTRICT OF DELAWARE** |

Plaintiff Monument Peak Ventures, LLC ("MPV") and Defendant Hasselblad Inc., by and through their respective counsel, hereby stipulate to transfer to the District of Delaware.

Hasselblad Inc. has yet to respond to the Complaint (Dkt. No. 1) and its response to the Complaint is currently due on May 10, 2018. MPV and Hasselblad Inc. have met and conferred and disagree as to whether venue in this District is proper. However, the parties agree that venue is proper in the District of Delaware. Moreover, another case *Monument Peak Ventures, LLC v. GoPro, Inc.*, Case No. 1:18-cv-416-VAC-SRF is currently pending in the District of Delaware, which involves some of the patents asserted in the above-captioned case. Rather than litigate the issue of venue, the parties now stipulate to transfer to save their resources and this Court's resources. The parties also stipulate that no response to the Complaint will be filed in this District in light of the stipulation to transfer.

The parties appreciate the Court's time and assistance in this matter to date and respectfully request transfer of the case as to Hasselblad Inc. to the District of Delaware.

Attached hereto is the parties' proposed order regarding the transfer of Hasselblad Inc.

| | |
|---|---|
| Dated: May 10, 2018 | By /s/ *Marc Belloli* <br> Marc Belloli (SBN 244290) <br> mbelloli@feinday.com <br> FEINBERG DAY ALBERTI LIM & BELLOLI LLP <br> 1600 El Camino Real, Suite 280 <br> Menlo Park, CA  94025 <br> Telephone:     650 618-4360 <br> Facsimile:      650 618-4368 <br><br> Attorneys for Plaintiff <br> Monument Peak Ventures, LLC |
| Dated: May 10, 2018 | MORRISON & FOERSTER LLP <br><br> By /s/ *Bryan Wilson* <br> Bryan Wilson (SBN 244290) <br> BWilson@mofo.com <br> MORRISON & FOERSTER LLP <br> 755 Page Mill Road <br> Palo Alto, CA  94304-1018 <br> Telephone: 650.813.5600 <br> Facsimile: 650.494.0792 <br><br> Attorneys for Defendant <br> HASSELBLAD INC. |

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

/s/ *Marc Belloli*